JEANETTE C. MOONEY, Respondent, v. EDWARD H. MOONEY, Appellant.— Motion to punish plaintiff for contempt, and, in the alternative, for an order enjoining and restraining the plaintiff from voting at or attending the stock-

holders' meeting and directors' meeting of the Atlantic Baths, Incorporated, denied.   Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.